■ PATRICK M. STACHELCZYK, Individually and as Parent and Natural Guardian of JENNIFER M. STACHELCZYK, an Infant, Respondent, v ALAN McIVOR, Appellant.—Motion for extension of time to file respondent's brief denied. Memorandum: Plaintiff's motion for an extension of time to serve and file a responding brief is denied as unnecessary. Defendant has not filed a demand for respondent's brief (see, 22 NYCRR 1000.7). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. (Order entered Nov. 6, 1991.)

■ MELVIN W. REBER et al., Respondents, v GUY E. GIANNONE et al., Appellants.—Motion to vacate dismissal of appeal denied. Memorandum: The motion is untimely (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, A. P. J., Doerr, Denman, Boomer and Green, JJ.

■ In the Matter of INGRAM H.—Motion to vacate dismissal of appeal denied. Memorandum: The motion is untimely (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, A. P. J., Boomer, Pine, Balio and Davis, JJ.

■ PEOPLE, Respondent, v HERBERT STOCUM, Appellant.—Motion to dismiss appeal as waived denied. Memorandum: The People's motion to dismiss the appeal is denied because appellant seeks to raise on appeal the issue that his sentence is illegal. Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ PEOPLE v EUGENE HEISE, Defendant.—Motion to extend time to take appeal granted upon condition that notice of appeal is filed and served on or before December 16, 1991. Memorandum: The failure of counsel to give defendant the notice in writing required by 22 NYCRR 1022.11 (a) and to ask defendant if he wishes to appeal constitutes improper conduct of counsel. We again admonish all counsel in criminal matters to comply with section 1022.11 (a). Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.